# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Terry David Starrett, Laura Jeanne Haacke, Jason Dean Hager, and Jennifer Renee Hawkes, defendants<br>and,<br>**Searches Of:**<br>Clark Fork Storage Unit #266<br>3505 Clark Fork Way, Missoula, Montana 59808; and<br>2127 South 5th Street West, Missoula, Montana 59801 | MJ 21- -M-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaints, Arrest Warrants, Affidavits in Support of Criminal Complaint, Applications and Affidavits for Search Warrants and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

1

purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 6th day of January, 2021.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana